## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL DELFRATE,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.14-cv-630-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted

and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

| s/V. Olmo, Deputy Clerk | 7/14/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |